Jesse McWHORTER, Appellant,

v.

Russell O. SETTLE, M. D. Warden.

No. 16082.

United States Court of Appeals
Eighth Circuit.

Jan. 6, 1959.

Woodward Lee Carter, St. Louis, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., and O. J. Taylor, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, on motion of appellant.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

Ralph L. EDWARDS et al.

No. 16138.

United States Court of Appeals
Eighth Circuit.

Jan. 6, 1959.

Thomas J. McDermott, Assoc. Gen. Counsel, National Labor Relations Board, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Limbaugh & Limbaugh, Cape Girardeau, for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

James H. LEONARD

v.

Sidney NEWBURGER.

No. 16149.

United States Court of Appeals
Eighth Circuit.

Jan. 8, 1959.

Blumer & Wright, Kansas City, Mo., for appellant.

Rogers, Field, Gentry & Jackson, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, at costs of appellant, on motion of appellee.

Martha McLENDON, Appellant,

v.

UNITED STATES of America.

No. 16154.

United States Court of Appeals
Eighth Circuit.

Jan. 16, 1959.

John A. Ross, Kansas City, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.